# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 16, 2017

RE: 17-2055 Carman Deck v. Troy Steele, et al

Dear Counsel:

Pursuant to the pending 59e motion in the District Court and the possibility of the filing of a cross appeal, the setting of a briefing schedule has been delayed. Counsel is directed to notify the clerk's office when the District Court's decision is filed.

Michael E. Gans
Clerk of Court

JMH

cc: Ms. Elizabeth Unger Carlyle
     Ms. Katharine Anne Dolin
     Mr. Stephen David Hawke
     Mr. Gregory J. Linhares
     Mr. Kevin L. Schriener

District Court Case Number: 4:12-cv-01527-CDP